NUMBER 13-02-559-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


SEAN CASARES , Appellant,



v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 28th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez and Castillo

Opinion Per Curiam


 Appellant, SEAN CASARES , perfected an appeal from a judgment entered by the 28th District Court of
Nueces County, Texas, in cause number 01-CR-3406-A . On March 27, 2003 , this cause was abated, and
the trial court was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial
court's findings and recommendations were received on April 21, 2003 . The trial court found that the
appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of
the opinion that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 8th day of May, 2003 .